| Fill in this information to identify your case: |
|---|

Debtor 1  **Gladys**     **C.**     **Berner**
First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **18-32474**
(if known)

☑ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   - ☑ No. Go to Part 2.
   - ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.1**

Priority Creditor's Name
Number     Street

City       State    ZIP Code

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor 1   **Gladys C. Berner**    Case number (if known)  **18-32474**

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3. **Do any creditors have nonpriority unsecured claims against you?**
   - ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - ☒ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
   If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

**4.1**   $1,159.00

**Bby/cbna**
Nonpriority Creditor's Name
**Po Box 6497**
Number     Street

**Sioux Falls     SD    57117**
City             State   ZIP Code

Last 4 digits of account number  **1  9  4  4**
When was the debt incurred?  **03/2013**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Charge Account**

**4.2**   $1,345.00

**Best Buy Credit Services**
Nonpriority Creditor's Name
**PO Box 688910**
Number     Street

**Des Moines     IA    50368-8910**
City             State   ZIP Code

Last 4 digits of account number  __ __ __ __
When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Outstanding debt**

| Debtor 1 | **Gladys C. Berner** | Case number (if known) | **18-32474** |

### Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.3** — $0.00

**Cap1/bstby**
Nonpriority Creditor's Name
**Po Box 30253**
Number    Street

**Salt Lake City**   **UT**   **84130**
City    State    ZIP Code

Last 4 digits of account number  **9  1  4  9**
When was the debt incurred?  **03/14/2013**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Charge Account**

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

**4.4** — $1,297.00

**Cap1/dbarn**
Nonpriority Creditor's Name
**Po Box 30253**
Number    Street

**Salt Lake City**   **UT**   **84130**
City    State    ZIP Code

Last 4 digits of account number  **9  0  1  0**
When was the debt incurred?  **04/2015**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Charge Account**

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

**4.5** — $0.00

**Cedar Hill National Ba**
Nonpriority Creditor's Name
**Po Box 34216**
Number    Street

**Charlotte**   **NC**   **28234**
City    State    ZIP Code

Last 4 digits of account number  **2  4  0  1**
When was the debt incurred?  **09/1994**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Charge Account**

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Debtor 1   **Gladys C. Berner**                                        Case number (if known)  **18-32474**

**Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | | **Total claim** |
|---|---|---|

**4.6** — **$1,199.00**

**CFM Interest/ Tx Emer Care Spec**
Nonpriority Creditor's Name
**PO Box 3401 Dept 10**
Number     Street

**Houston**          **TX**     **77253**
City                  State     ZIP Code

Last 4 digits of account number  __ __ __ __
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?  Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify   **Medical bill**

Is the claim subject to offset?
☒ No
☐ Yes

**4.7** — **$4,811.00**

**Chase Card**
Nonpriority Creditor's Name
**Po Box 15298**
Number     Street

**Wilmington**        **DE**     **19850**
City                  State     ZIP Code

Last 4 digits of account number  **5  1  1  1**
When was the debt incurred?  **05/2016**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?  Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify   **Credit Card**

Is the claim subject to offset?
☒ No
☐ Yes

**4.8** — **$2,366.00**

**City Ambulance Service**
Nonpriority Creditor's Name
**PO Box 691067**
Number     Street

**Houston**          **TX**     **77269**
City                  State     ZIP Code

Last 4 digits of account number  __ __ __ __
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?  Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify   **Medical bill**

Is the claim subject to offset?
☒ No
☐ Yes

Debtor 1     **Gladys C. Berner**                                    Case number (if known) **18-32474**

**Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.9**                                                                                                                            **$41,744.00**

**Dept Of Ed/navient**
Nonpriority Creditor's Name
**Po Box 9635**
Number    Street

**Wilkes Barre    PA    18773**
City                State    ZIP Code

Last 4 digits of account number    **0  2  1  3**
When was the debt incurred?    **02/2015**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?    Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify **Educational**

Is the claim subject to offset?
☒ No
☐ Yes

---

**4.10**                                                                                                                           **$555.00**

**Dress Barn**
Nonpriority Creditor's Name
**PO Box 659704**
Number    Street

**San Antonio    TX    78265-9704**
City                State    ZIP Code

Last 4 digits of account number    __  __  __  __
When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?    Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify **Outstanding debt**

Is the claim subject to offset?
☒ No
☐ Yes

---

**4.11**                                                                                                                           **$4,881.16**

**First Texas Hospital Cy-Fair**
Nonpriority Creditor's Name
**PO Box 842699**
Number    Street

**Dallas    TX    75284**
City                State    ZIP Code

Last 4 digits of account number    **6  7  6  6**
When was the debt incurred?    **10/16/2017**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?    Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify **Medical bill**

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor 1   **Gladys C. Berner**                     Case number (if known) **18-32474**

**Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.12**                                                                                                                    **$2,997.00**

**Houston Cardiovascular**
Nonpriority Creditor's Name
**6400 Fannin St # 3000**
Number     Street

**Houston**         **TX**   **77030**
City                State   ZIP Code

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify **Medical bill**

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

**4.13**                                                                                                                    **$13,555.00**

**LVNV Funding LLC**
Nonpriority Creditor's Name
**200 Meeting Street, Ste 206**
Number     Street

**Charleston**     **SC**   **29401-3187**
City                State   ZIP Code

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify **Judgement**

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

**4.14**                                                                                                                    **$1,885.00**

**Memorial Hermann**
Nonpriority Creditor's Name
**PO Box 4370**
Number     Street

**Houston**         **TX**   **77210-4370**
City                State   ZIP Code

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify **Medical bill**

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Debtor 1  **Gladys C. Berner**                     Case number (if known) **18-32474**

**Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.15 | | $1,958.00 |

**Memorial Hermann**
Nonpriority Creditor's Name
**PO Box 201367**
Number     Street

**Houston**         **TX**   **77216**
City                State   ZIP Code

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Outstanding debt**

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

| 4.16 | | $1,309.00 |

**National Medical Prof of TX**
Nonpriority Creditor's Name
**PO Box 840653**
Number     Street

**Dallas**           **TX**   **75284-0653**
City                State   ZIP Code

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Medical bill**

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

| 4.17 | | $0.00 |

**Receivables Performanc**
Nonpriority Creditor's Name
**20816 44th Ave West**
Number     Street

**Lynnwood**         **WA**   **98036**
City                State   ZIP Code

Last 4 digits of account number **9  8  7  8**
When was the debt incurred? **03/16/2017**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Collection Attorney**

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Debtor 1 **Gladys C. Berner**  Case number (if known) **18-32474**

**Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.18 — $1,550.00

**Rs Clark And Associate**
Nonpriority Creditor's Name
**12990 Pandora**
Number    Street

**Dallas**   **TX**   **75238**
City    State   ZIP Code

Last 4 digits of account number  **8  6  0  8**
When was the debt incurred?  **09/2013**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collection Attorney**

Who incurred the debt?  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

### 4.19 — $4,681.00

**Syncb/care Credit**
Nonpriority Creditor's Name
**950 Forrer Blvd**
Number    Street

**Kettering**   **OH**   **45420**
City    State   ZIP Code

Last 4 digits of account number  **6  2  1  2**
When was the debt incurred?  **06/2011**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Charge Account**

Who incurred the debt?  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

### 4.20 — $935.00

**Wells Fargo**
Nonpriority Creditor's Name
**Po Box 14517**
Number    Street

**Des Moines**   **IA**   **50306**
City    State   ZIP Code

Last 4 digits of account number  **0  8  5  3**
When was the debt incurred?  **07/2014**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card**

Who incurred the debt?  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Debtor 1   **Gladys C. Berner**                                          Case number (if known)   **18-32474**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

|  | **Total claim** |
|---|---|
| **4.21** | |
| **Wf Pll** <br> Nonpriority Creditor's Name <br> **P.o. Box 94435** <br> Number    Street | $0.00 |

Last 4 digits of account number   **9   8   8   6**

When was the debt incurred?   **02/2000**

**Albuquerque      NM     87199**
City                State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify   **Check Credit or Line of Credit**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1   **Gladys C. Berner**                             Case number (if known)  **18-32474**

## Part 3:   List Others to Be Notified About a Debt That You Already Listed

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**Beverly Kaufman, County Clerk**
Name
**PO Box 1525**
Number    Street

**Houston**              **TX**    **77251-6421**
City                     State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line _____ of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**FMA Alliance, Ltd.**
Name
**11811 North Freeway, Suite 900**
Number    Street

**Houston**              **TX**    **77060**
City                     State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line _____ of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
**Collecting for**             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**FMA Alliance, Ltd.**
Name
**12339 Cutten Road**
Number    Street

**Houston**              **TX**    **77066**
City                     State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line _____ of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
**Collecting for Memorial**    ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Hermann Hospital**

Last 4 digits of account number   __ __ __ __

---

**LVNV Funding**
Name
**PO Box 1259**
Number    Street

**Oaks**                 **PA**    **19456**
City                     State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line _____ of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Lvnv Funding**
Name
**PO Box 10497**
Number    Street

**Greenville**           **SC**    **29603**
City                     State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line _____ of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

Debtor 1  **Gladys C. Berner**　　　　　　　　　　　　　　　　　Case number (if known)  **18-32474**

**Part 3:**　List Others to Be Notified About a Debt That You Already Listed -- Continuation Page

---

**LVNV Funding LLC**
Name
**PO Box 390846**
Number　　Street

**Minneapolis**　　**MN**　**55439**
City　　　　　　　State　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):　☐ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　　　☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Navient Solutions Inc**
Name
**11100 Usa Pkwy**
Number　　Street

**Fishers**　　　　**IN**　**46037**
City　　　　　　　State　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):　☐ Part 1: Creditors with Priority Unsecured Claims
**Educational**　　　　　　　☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  0  9  3  0

---

**RS Clark and Associates, Inc.**
Name
**12990 Pandora, Suite 150**
Number　　Street

**Dallas**　　　　**TX**　**75238**
City　　　　　　　State　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):　☐ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　　　☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Scott & Asses. PC**
Name
**PO Box 115220**
Number　　Street

**Carrollton**　　**TX**　**75011-5220**
City　　　　　　　State　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):　☐ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　　　☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Stan Stanart, Clerk**
Name
**County Civil Court At Law No 4**
Number　　Street
**201 Caroline, Room 540**

**Houston**　　　　**TX**　**77002**
City　　　　　　　State　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):　☐ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　　　☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**United Collection Bureau**
Name
**5620 Southwyck Blvd**
Number　　Street

**Toledo**　　　　**OH**　**43614**
City　　　　　　　State　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):　☐ Part 1: Creditors with Priority Unsecured Claims
**Outstanding debt**　　　　☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Debtor 1    **Gladys C. Berner**    Case number (if known)  **18-32474**

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

|  |  |  |  | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
|  | 6e. | **Total.** Add lines 6a through 6d. | 6d. | $0.00 |

|  |  |  |  | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $88,227.16 |
|  | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $88,227.16 |

**Fill in this information to identify your case:**

Debtor 1  **Gladys** **C.** **Berner**
         First Name  Middle Name  Last Name

Debtor 2 _____
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **18-32474**
(if known)

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Gladys C. Berner**          X _____
Gladys C. Berner, Debtor 1              Signature of Debtor 2

Date **06/06/2018**                      Date _____
    MM / DD / YYYY                         MM / DD / YYYY